IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO KEONNE BROWN,
Inmate No. P47696
    Plaintiff,

vs.                                                      Case No. 3:15cv96/LAC/EMT

J. PARKER,
    Defendant.
_____/

**O R D E R**

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 27, 2015 (doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

        Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    The amended complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

        3.    This dismissal is deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

        4.    All pending motions are denied as moot.

        **DONE AND ORDERED** this 7th day of October, 2015.

                                                             s/*L.A. Collier*
                                                            **LACEY A. COLLIER**
                                                            **SENIOR UNITED STATES DISTRICT JUDGE**